USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-

MAXIMO PEÑA,

      Defendant.

-------------------------------------------------------X

90-CR-553 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Maximo Peña moves the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 137.)  The Government shall respond to Defendant's motion for a sentence reduction no later than October 28, 2022.  Defendant's reply, if any, must be submitted by December 12, 2022.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: New York, New York
      September 28, 2022

                                      */s/ Kimba M. Wood*
                                        KIMBA M. WOOD
                                    United States District Judge