```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 3, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

       v.

MAXIMO PENA,

                       Defendant.
---------------------------------------------------------------X

90-CR-553 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Maximo Pena has filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 149.) The Government is ordered to respond to Defendant's motion by February 24, 2025. Defendant's reply, if any, is due by March 17, 2025.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Pena.

    SO ORDERED.

Dated: New York, New York
       February 3, 2025

                                          */s/ Kimba M. Wood*
                                        KIMBA M. WOOD
                               United States District Judge