

**U.S. Depa[rtment of Justice]**

*United St[ates Attorney]*
*Southern [District of New York]*

*Jacob K. Javits [Federal Building]*
*26 Federal Pla[za]*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: February 25, 2025

February 24, 2025

**MEMO ENDORSED**

**BY ECF and Email**
The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Maximo Pena*, 90 Cr. 553 (KMW)**

Dear Judge Wood:

The Government writes respectfully to request an extension of time to file its response to defendant Maximo Pena's second motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. 149 (the "Motion"). On January 30, 2025, the defendant filed the Motion *pro se*. On February 3, 2025, the Court ordered the Government to respond to the Motion by February 24, 2025, and stated that the defendant's reply, if any, is due by March 17, 2025. In advance of filing its response, the Government contacted the Federal Bureau of Prisons ("BOP") to confirm whether the BOP or relevant facility received the defendant's administrative request for relief, reflected in Exhibit B to the Motion, and if so whether and how the BOP responded to the request. *See* Dkt. 149-2. Today, the BOP informed the Government that it will need an additional several days to obtain and provide the information requested. Accordingly, the Government respectfully requests an extension of time to file its response to Friday, February 28, 2025. The Government requests also that the Court allow the defendant to file a reply, if any, by

**The Government's request for an extension of time to respond to the defendant's motion for a reduction of sentence is GRANTED. The Government's response is due February 28, 2025. Defendant's reply, if any, is due March 21, 2025.**

**SO ORDERED.**

**DATED: New York, New York**
**February 25, 2025**

***/s/ Kimba M. Wood***
**KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**

March 21, 2025.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: ______________________
Lisa Daniels
Assistant United States Attorney
Southern District of New York
(212) 637-2955

cc: Maximo Pena (by certified mail)
Reg. No. 29540-054
FCI Otisville
P.O. Box 1000
Otisville, NY 10963