USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 3, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

          v.

MAXIMO PENA,

                     Defendant.
---------------------------------------------------------------X

90-CR-553 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Maximo Pena has filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 149.)  On February 3, 2025, the Court ordered the Government to respond to Pena's motion by February 24, 2025, and Pena to reply by March 17, 2025.  The Government filed its opposition on February 28, 2025, ECF No. 154, after the Court granted a four-day extension, ECF No. 153, to allow the Government to confirm with the Bureau of Prisons ("BOP") whether BOP received defendant's administrative request for relief.

    The Court hereby grants Pena a reciprocal four-day extension.  Defendant's reply, if any, is due by March 21, 2025.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Pena.

    SO ORDERED.

Dated: New York, New York
       March 3, 2025

                                                    */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                         United States District Judge