USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________________
DATE FILED: November 23, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

MAXIMO PENA,

Defendant.
--------------------------------------------------------------X

90-CR-553 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Maximo Pena has filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 158). The Government is ordered to respond to Defendant's motion by January 8, 2027. Defendant's reply, if any, is due by January 29, 2027.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Pena.

SO ORDERED.

Dated: New York, New York
November 23, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge